

# Fourth Court of Appeals
## San Antonio, Texas

February 16, 2017

No. 04-16-00368-CR

Peter Mark **LEE,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 493014
Honorable Genie Wright, Judge Presiding

# O R D E R

The State's motion for extension of time to file brief is hereby granted.

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of February, 2017.

Keith E. Hottle
Clerk of Court